UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: _____

A.G. FINDINGS & MFG. CO., INC., d/b/a
BALLISTIC CASE CO., a Florida corporation,

      Plaintiff,                                COMPLAINT FOR TRADE DRESS
                                                        INFRINGEMENT
v.                                                     AND UNFAIR COMPETITION

BOXWAVE CORPORATION, a Nevada               JURY DEMAND
corporation,

      Defendant.
_____/

**COMPLAINT**

Plaintiff, A.G. FINDINGS & MFG. CO., INC., d/b/a BALLISTIC CASE CO., a Florida corporation (hereinafter "A.G. Findings"), by and through its undersigned counsel, hereby alleges in its Complaint against Defendant, BOXWAVE CORPORATION, a Nevada corporation ("hereinafter BoxWave"), as follows:

**JURISDICTION AND VENUE**

1. This is an action for trade dress infringement and unfair competition arising under the Lanham Act, 15 U.S.C. §1125(a)(1)(A).

2. This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331, 1332(a), and 1338(a)-(b), and 15 U.S.C. § 1121(a), and the laws of the State of Florida, including violations of the State of Florida's unfair competition laws under the Deceptive and Unfair Trade Practices Act, Fla. Stat. §§ 501.201 to 501.213. The parties are diverse and the amount in controversy exceeds $75,000 exclusive of interest and costs.

3. Venue is proper in this district under 28 U.S.C. §1391(b)(2) as a substantial part of the events giving rise to the claims occurred in this district.

4. BoxWave is subject to the specific personal jurisdiction of this Court under Florida law, at least including Florida's long-arm statute. F.S. § 48.193 (1)(b), (f)(1)-(2) and Federal Rule of Civil Procedure 4.

## THE PARTIES

5. A.G. Findings is a Florida corporation with its principal place of business in Sunrise, Florida.

6. BoxWave is a Nevada corporation with its principal place of business in Kirkland, Washington.

7. Upon information and belief, BoxWave is a designer and retailer of accessories for cellular telephones and other mobile devices. BoxWave sells its products throughout the United States and throughout the world at www.boxwave.com and through third-party retailers such as www.amazon.com.

## FACTUAL BACKGROUND

### A.G. Findings

8. A.G. Findings is well-known in the United States for designing and manufacturing creative and protective mobile device cases. Using state-of-the-art materials and fashionable designs, A.G. Findings is recognized in the industry for providing superior quality and stylish products.

9. A.G. Findings markets, offers for sale, and sells protective mobile device cases under the trademarks BALLISTIC® and SG™. The SG™ cases feature a distinctive combination of protective and aesthetic features that have made the SG™ cases popular amongst consumers and retailers.  Indeed, sales of the SG™ cases eclipsed twelve million dollars since their first sale

and the SG™ cases are sold by service providers, such as AT&T® and SPRINT® throughout the United States and in this District, as well as by major retailers, such as Sam's Club. A.G. Findings has further spent hundreds of thousands of dollars marketing its SG™ cases throughout the United States.

10. The SG™ case is offered for several makes and models of cell phones including Samsung, Motorola, Apple, Blackberry and others. A screenshot of an Apple iPhone 4/4S SG™ is shown in Exhibit A as an exemplary A.G. Findings SG™ case make and model.

11. Each of the SG™ cases include aesthetic, non-functional features that consumers recognize as emanating from A.G. Findings, or its Florida registered fictitious name, Ballistic. In particular, each SG™ case includes aesthetic features on its corners, back and side portions, and further includes an aesthetic arrangement of alternating lower durometer material with higher durometer material, that make the overall appearance of the SG™ cases, regardless of the make and model, recognizable by the consumers.

12. Owing to its distinctive aesthetic features, its substantial sales, and the vast expenditure of advertising by A.G. Findings, the SG™ case has acquired secondary meaning with consumers seeking to purchase a protective and stylish cell phone case, and who recognize the aesthetic features and overall appearance of the SG™ case as emanating from Ballistic. Accordingly, A.G. Findings has unregistered trade dress rights to its SG™ case.

### BoxWave

13. BoxWave is a retailer of accessories for cellular telephones and other mobile electronic devices. Boxwave sells its products throughout the United States and throughout the world at www.boxwave.com and through third-party retails such as www.amazon.com

14. BoxWave is importing, marketing, offering for sale, and selling, mobile device cases to consumers in this District under the brand name "Resolute OA3 Case", which cases are confusingly similar to the SG™ cases, and which cases are marketed and sold to the same consumers that A.G. Findings sells its SG™ cases to. In particular, Boxwave is selling and/or offering for sale mobile device cases for many different models of Apple, Samsung, Blackberry, and other makers mobile devices that incorporate the source identifying non-functional features of their corresponding A.G. Findings' SG™ case. Indeed, BoxWave's website offers for sale dozens of different cases in different colors that are each substantially identical in appearance to A.G. Findings' SG™ cases. For example, a back view of a "Resolute OA3 Case" brand protective case for the Apple iPhone 4/4S is shown in Exhibit B. The Boxwave case shown in Exhibit B is virtually identical the A.G. Findings' SG™ case shown in Exhibit A.

15. On April 19, 2012, undersigned counsel for A.G. Findings sent BoxWave a cease and desist letter demanding that Boxwave, among other things, cease the importation and sale of BoxWave's counterfeit Resolute OA3 SG™ cases. Exhibit C. Boxwave subsequently filed a Declaratory Judgment Action against A.G. Findings on May 24, 2012 in the United States District Court for the Waster District of Washington. See *Boxwave Corporation v. A.G. Findings & Mfg. Co., Inc*. NO. 2:12-cv-00907-TSZ. The Court transferred the case to the United States District Court for this District upon motion by A.G. Findings. *Id.* at DE 21. On August 22, 2012, once the case was transferred to this District, Boxwave voluntarily dismissed its claims against A.G. Findings. See *Boxwave Corporation v. A.G. Findings & Mfg. Co., Inc*. Case No. 0:12-CV-61617 at DE 30.

16. Despite its dismissal of claims against A.G. Findings, BoxWave willfully continues to offer for sale and sell counterfeit SG™ cases.

17. On November 14, 2012, undersigned counsel filed suit against Boxwave and another defendant in the United States District Court for the Southern District of Florida. See *A.G. Findings & Mfg. Co., Inc. v Cell-Nerds, LLC., et al.* Case No: 1:12-CV-23741-JLK. Boxwave was severed from that action on a motion from defendant, Cell-Nerds, LLC and the claims against BoxWave were dismissed without prejudice. *Id.* at [DE 16].

## COUNT I – TRADE DRESS INFRINGEMENT
## 15 U.S.C. § 1125(a)

18. A.G. Findings incorporates paragraphs 1-17 from above.

19. BoxWave's mobile device cases incorporate the non-functional aesthetic features of A.G. Findings' SG™ cases that have acquired secondary meaning in the marketplace.

20. BoxWave's offering for sale and/or sale of the mobile device cases identified above is likely to cause confusion, mistake, or to deceive as to the affiliation, connection, or association of BoxWave with A.G. Findings, or as to the origin, sponsorship, or approval of BoxWave's mobile device cases by A.G. Findings.

21. BoxWave's conduct has caused, and, if not enjoined, will continue to cause, irreparable harm and damage to the rights of A.G. Findings in its business, reputation, and goodwill.

## COUNT II – FLORIDA DECEPTIVE AND UNFAIR TRADE PRACTICES ACT
## (FLA. STAT. §501.201 TO 501.213)

22. A.G. Findings incorporates paragraphs 1-17 from above.

23. BoxWave's actions constitute unfair methods of competition and unfair or deceptive acts or practices in the conduct of trade or commerce in violation of Florida Statute §501.204.

24. BoxWave willfully used or practiced these unlawful acts under §501.204, and knew or should have known that its acts were unlawful and would damage A.G. Findings and injure consumers deceptively.

25. A.G. Findings has been damaged directly and proximately by BoxWave's unlawful actions.

26. A.G. Findings is entitled to recover actual damages, plus reasonable attorneys' fees and costs for BoxWave's violation of the Florida Deceptive and Unfair Trade Practices Act.

## JURY DEMAND

27. A.G. Findings requests trial by a jury for all issues so triable.

## PRAYER FOR RELIEF

A.G. Findings requests the Court:

A. Pursuant to Ch. 501, Florida Statutes, award A.G. Findings actual damages, attorneys' fees and court costs.

B. Pursuant to 15 U.S.C. § 1116(a), enjoin the importation and sale of any and all of BoxWave's products that are likely to cause confusion in the marketplace with A.G. Findings' products;

C. Pursuant to 15 U.S.C. § 1117(a), order BoxWave pay to A.G. Findings any profits realized from the sale of any infringing products, any damages sustained by A.G. Findings, and the cost of this action;

D. Pursuant to 15 U.S.C. § 1118, order BoxWave to deliver to A.G. Findings for destruction, all labels, signs, prints, packages, wrappers, receptacles, and advertisements in the possession of BoxWave bearing the trade dress subject of the violation, or any reproduction, counterfeit, copy, or colorable imitation thereof, and all plates, molds, matrices, and other means of making the same; and

E. Award A.G. Findings such other and further relief as the Court deems just and proper.

Dated:  January 9, 2013                               Respectfully Submitted,

By:   s/ Alan M. Weisberg
Alan M. Weisberg, Esq.
aweisberg@cwiplaw.com
Florida Bar No. 479349
Garrett Ari Barten, Esq.
gbarten@cwiplaw.com
Florida Bar No. 55371
CHRISTOPHER & WEISBERG, P.A.
200 East Las Olas Boulevard, Suite 2040
Fort Lauderdale, Florida 33301
(954) 828-1488 (Telephone)
(954) 828-9122 (Facsimile)
*Attorneys for Plaintiff,*
*A.G. Findings & Mfg. Co. Inc.*

436590